UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AVERY,<br>        Plaintiff,<br>    v.<br>RAFAEL ARREOLA, et al.,<br>        Defendants. | Case No. 22-cv-08940-SI<br><br>**ORDER TO SHOW CAUSE** |

On February 9, 2024, the Court held a further case management conference at which plaintiff failed to appear. At the start of the conference, the Courtroom Deputy additionally contacted plaintiff's counsel via email, with no response. This conference has been on the calendar since November 2023. *See* Dkt. No. 49.

Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, why counsel did not appear at the case management conference. The Show Cause response is due **February 14, 2024.**

       **IT IS SO ORDERED**.

Dated: February 9, 2024

_____
SUSAN ILLSTON
United States District Judge