UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AVERY,<br><br>        Plaintiff,<br><br>   v.<br><br>RAFAEL ARREOLA, et al.,<br><br>        Defendants. | Case No. 22-cv-08940-SI<br><br>**JUDGMENT** |

The Court has granted defendants' motion for summary judgment. Judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 23, 2024

_____
SUSAN ILLSTON
United States District Judge